# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FAHIE, | CASE NO. 1:06-CV-01132-AWI-LJO PC |
| Plaintiff, | ORDER DENYING MOTION TO AMEND AS UNNECESSARY AND MOOT |
| v. | (Doc. 8) |
| H. TYSON, et al., | |
| Defendants. | |

Plaintiff Antonio Fahie ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 25, 2006. On October 2, 2006, plaintiff filed a motion seeking leave to amend.

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). In this case, a responsive pleading has not been served and plaintiff has not previously amended. Therefore, plaintiff may amend without the court's permission, and his motion to amend is unnecessary.

In any event, plaintiff filed an amended complaint on October 13, 2006.

///
///
///
///

Accordingly, plaintiff's motion seeking leave to amend, filed October 2, 2006, is HEREBY DENIED on the grounds that it is both unnecessary and moot.

IT IS SO ORDERED.

**Dated:    October 21, 2006**                     /s/ Lawrence J. O'Neill
b9ed48                                                   UNITED STATES MAGISTRATE JUDGE