UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FAHIE,<br><br>        Plaintiff,<br><br>vs.<br><br>H. TYSON, et al.,<br><br>        Defendants. | 1:06-cv-01132-AWI-NEW (DLB) PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 14)<br><br>**ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** |

    Plaintiff Antonio Fahie ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On April 10, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days.  To date, plaintiff has not filed any objection to the Magistrate Judge's Findings and Recommendations.

//

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 10, 2007, is ADOPTED IN FULL;

2. This action shall proceed on plaintiff's amended complaint, filed October 13, 2006, against defendant Correa for use of excessive physical force, in violation of the Eighth Amendment;

3. Plaintiff's excessive force claim against any defendant other than Correa, and plaintiff's due process, conspiracy, and state law tort claims are DISMISSED, with prejudice, for failure to state a claim upon which relief may be granted; and,

4. Defendants Rios, Morales, Tyson, Smith, and Gricewich are DISMISSED from this action based on plaintiff's failure to state any claims upon which relief may be granted against them.

IT IS SO ORDERED.

**Dated:   June 30, 2007**                    /s/ Anthony W. Ishii
                                     UNITED STATES DISTRICT JUDGE