# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FAHIE, | CASE NO. 1:06-cv-01132-AWI-NEW (DLB) PC |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 32) |
| H. TYSON, et al., | |
| Defendants. | |

Plaintiff Antonio Fahie ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 12, 2007, plaintiff filed a document entitled "Motion for Court to Take Notice." In the document, plaintiff states that his cellmate is now assisting him with this case and asks that the court take notice of his late objection to the Findings and Recommendations and motion for counsel.

The Findings and Recommendations referenced by plaintiff were filed on April 10, 2007, and adopted in full on July 2, 2007. Therefore, it is too late for plaintiff to file an objection to the Findings and Recommendations and his request for leave to do so is denied.[1]

Plaintiff filed a motion seeking the appointment of counsel on September 12, 2007. It is unnecessary for plaintiff to file a separate motion seeking notice of the motion for counsel.

---

[1] Plaintiff's motion was not accompanied by any objections and only contains the statement that plaintiff has a late objection.

1

1   For the foregoing reasons, plaintiff's "Motion for Court to Take Notice," filed September 12, 2007, is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **September 25, 2007**                    **/s/ Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE