IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FAHIE, | 1:06-cv-01132-AWI-NEW (DLB) PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO OCTOBER 12, 2007, TO FILE REPLY |
| vs. | |
| H. TYSON, et al., | (DOCUMENT #31) |
| Defendants. | |
| _____/ | |

On September 18, 2007, defendant filed a motion seeking an extension of time to October 12, 2007, within which to file a reply. Defendant's motion is HEREBY GRANTED, and defendant's reply is due on or before October 12, 2007.

IT IS SO ORDERED.

Dated:   October 3, 2007          /s/ **Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE