# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FAHIE, | CASE NO. 1:06-cv-01132-AWI-GSA PC |
| Plaintiff, | ORDER STRIKING FILINGS |
| v. | (Docs. 37, 38, 39, and 40) |
| H. TYSON, et al., | |
| Defendants. | |

On October 16, 2007, plaintiff re-filed his opposition to defendants' motion to dismiss, motion for the appointment of counsel, and "Motion for Court to Take Notice." (Docs. 37, 38, 40.) It is not appropriate for plaintiff re-file documents that were already submitted to the Court. The filings are duplicative of documents filed by plaintiff on September 12, 2007, and shall be stricken from the record.

Also on October 16, 2007, plaintiff filed a document entitled "Motion for Continuing my Complaint Against Defendant Correa, and Also Motion for Connselor [sic] and to Enter New Supporting Evidence." (Doc. 39.) Plaintiff states that he "would like to address the court on why this case should be over truned [sic]," and submit evidence showing that defendant is out of control. (Id.)

Plaintiff's motion does not seek any legally recognizable form of relief. Further, plaintiff may not enter evidence into the record absent a matter calling for the submission of evidence and there is currently no such matter pending before the Court. To the extent that plaintiff's request for a counselor is a request for counsel, plaintiff's previously filed motion for the appointment of

1  counsel was addressed by the Court in an order filed on October 18, 2007.  Plaintiff's motion shall
2  be stricken from the record on the ground that it has no supportable basis under the law.
3        Based on the foregoing, plaintiff's filings of October 16, 2007, are HEREBY STRICKEN
4  from the record.  (Docs. 37-40.)

6  IT IS SO ORDERED.
7  **Dated:   October 19, 2007**                    /s/ Anthony W. Ishii
                                                    UNITED STATES DISTRICT JUDGE