# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FAHIE, | CASE NO. 1:06-cv-01132-AWI-GSA PC |
|     Plaintiff, | ORDER STRIKING SURREPLY |
|     v. | (Doc. 44) |
| H. TYSON, et al., | |
|     Defendants. | |

Defendant filed a motion to dismiss on August 3, 2007. Plaintiff filed an opposition on September 12, 2007, and defendant filed a reply on October 12, 2007. Neither party has any further right to respond under the Federal Rules of Civil Procedure or the Local Rules, and the motion was deemed submitted on October 12, 2007, when the reply was filed. Local Rule 78-230(m).

Thereafter, on October 30, 2007, plaintiff filed a surreply without leave of court.[1] Because plaintiff was not granted permission to file a surreply, his filing is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   October 31, 2007**        /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The motion was denied on October 18, 2007, rendering the issue moot in any event.

1