# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FAHIE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>H. TYSON, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-01132-AWI-GSA PC<br><br>ORDER DENYING MOTION FOR EXTENSION OF DEADLINES AS PREMATURE (Doc. 47)<br><br>ORDER DENYING MOTION FOR COPY OF LOCAL RULES (Doc. 47) |

　　　Plaintiff Antonio Fahie ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 13, 2008, plaintiff filed a motion seeking an extension of the amended pleading, discovery, and dispositive motion deadlines set in the court's order of November 26, 2007. Plaintiff also seeks a copy of the Local Rules.

　　　The deadlines at issue are set far enough out that at this point in time, the court finds plaintiff's motion for an extension to be premature. If plaintiff finds he needs more time as the deadlines approach, plaintiff may renew his motion. However, at this time, plaintiff's motion falls short of showing good cause for an extension.

　　　Plaintiff may obtain a copy of the Local Rules by writing a letter to the Clerk's Office and including an envelope bearing $4.90 to cover postage. In the alternative, the court will provide a copy to the law library without requiring postage. Plaintiff may show this order to the law librarian and request that he or she call the Clerk's Office to obtain a copy.[1] The law librarian should inform

---

[1] The phone number for the Clerk's Office is 559-499-5600.

1

the staff member answering the phone that the court has authorized shipment of the rules to the law library at no cost.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is DENIED without prejudice as premature; and
2. Plaintiff's motion for a copy of the Local Rules is DENIED.

IT IS SO ORDERED.

**Dated:   April 1, 2008**              /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE