IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO FAHIE,** | 1:06-cv-01132-AWI-GSA PC |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO MAY 13, 2008, TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |
| v. | |
| **H. TYSON, et al. ,** | |
| Defendants. | (Doc. 49) |

On April 2, 2008, Defendant filed a motion for extension of time to respond to Plaintiff's discovery requests. For good cause shown, Defendant Correa shall have until May 13, 2008, to respond to Plaintiff's interrogatories and requests for production of documents.

IT IS SO ORDERED.

Dated:   **April 17, 2008**                    **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE

*Order*
1