# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FAHIE,<br><br>        Plaintiff,<br><br>   v.<br><br>N. CORREA,<br><br>        Defendant.<br>_____/ | CASE NO. 1:06-cv-01132-GSA PC<br><br>ORDER FOLLOWING TELEPHONIC HEARING, AND CONTINUING TRIAL DATE FROM MARCH 23, 2009, BEFORE JUDGE ISHII TO MAY 11, 2009 BEFORE JUDGE AUSTIN |

On February 26, 2009, at 10:30 a.m., the Court held a telephonic trial setting conference. Appearing were Plaintiff Antonio Fahie, pro se, and Deputy Attorney General Anthony P. O'Brien for Defendant N. Correa.

This matter is currently set for jury trial before the Honorable Anthony W. Ishii on March 23, 2009. The parties consented to Magistrate Judge jurisdiction, and the case was reassigned to the undersigned on February 23, 2009. Due to a scheduling conflict, the trial date is HEREBY CONTINUED from March 23, 2009, to **May 11, 2009**. An amended pretrial order will be issued in due course.

In addition, as discussed during the hearing, Defendant's opposition to Plaintiff's motion for the attendance of incarcerated witnesses is due on or before **March 10, 2009**.

IT IS SO ORDERED.

Dated:   **February 26, 2009**            /s/ **Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE