# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FAHIE, | CASE NO. 1:06-cv-01132-GSA PC |
| Plaintiff, | ORDER DENYING MOTION FOR FURTHER DISCOVERY |
| v. | (Doc. 95) |
| N. CORREA, | |
| Defendant. | |

Plaintiff Antonio Fahie is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter is set for jury trial on May 18, 2009, on Plaintiff's claim that Defendant N. Correa used excessive force against him, in violation of the Eighth Amendment of the United States Constitution. On February 27, 2009, Plaintiff filed a motion seeking further discovery. Defendant filed an opposition on March 17, 2009.

The discovery deadline in this case was July 28, 2008. An extension of time was granted by order filed August 25, 2008, limited to Defendant serving a response to Plaintiff's requests for admission and Plaintiff filing a motion to compel, if necessary. Although entitled a motion for further discovery, Plaintiff now seeks an order compelling Defendant to produce the inmate appeals filed against him for using excessive force. Plaintiff contends that Defendant did not produce the documents in response to his discovery request.

///
///
///

1

Plaintiff's motion to compel is untimely because it was not filed on or before July 28, 2008, and is HEREBY DENIED on that ground.[1]

IT IS SO ORDERED.

Dated: **April 14, 2009**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

---

[1] The motion is also procedurally deficient because it does not include a copy of the discovery request and Defendant's response. In light of the untimeliness, however, that deficiency is irrelevant.