
# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FAHIE, | CASE NO. 1:06-cv-01132-GSA PC |
| Plaintiff, | NOTICE AND ORDER THAT J. RIVERA, #T-69525, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| N. CORREA, | |
| Defendant. | |

Jury trial in this matter commenced on May 18, 2009. Inmate witness **J. Rivera, #T-69525**, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED, and there is no further need to transport this witness to court for this trial.

DATED: 5/18/09

GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGE