

FILED

MAY 18 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FAHIE, | CASE NO. 1:06-cv-01132-GSA PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON MAY 19, 2009, AT 8:00 A.M. |
| v. | |
| N. CORREA, | |
| Defendant. | |

Plaintiff Antonio Fahie, #T-94542, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Tuesday, May 19, 2009, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: 5/18/09

GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGES

1