

FILED
MAY 18 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FAHIE,<br><br>    Plaintiff,<br><br>v.<br><br>N. CORREA,<br><br>    Defendant.<br>_____/ | CASE NO. 1:06-cv-01132-GSA PC<br><br>NOTICE AND ORDER THAT N. Martin, #J-33043, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on May 18, 2009. Inmate witness **N. Martin, #J-33043**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 5/18/09

_____
GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGE

1