

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FAHIE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>N. CORREA,<br><br>　　　　Defendant.<br>_____/ | CASE NO. 1:06-cv-01132-GSA PC<br><br>NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on May 18, 2009. Pursuant to Federal Rule of Civil Procedure 50(a), judgment was entered for Defendant and against Plaintiff on May 20, 2009.

Accordingly, Plaintiff Antonio Fahie, #T-94542, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 5/20/09            _____
　　　　　　　　　　　　　　GARY S. AUSTIN
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1