**FILED**

**JUDGMENT ENTERED**

*5/21/2009*
(date)

by */s/ Carrie Esteves*
Deputy Clerk
U.S. District Court
Eastern District of California
✔ FILE CLOSED

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

ANTONIO FAHIE,

    Plaintiff,

vs.

N. CORREA,

    Defendant.

_____/

**JUDGMENT IN A CIVIL ACTION**

1:06-cv-01132 GSA (PC)

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF.

DATED:   May 20, 2009

                                        Victoria Minor, Clerk

                                    By:   /s/ Carrie Esteves
                                        Deputy Clerk