# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FAHIE, | CASE NO. 1:06-cv-01132-GSA PC |
| Plaintiff, | ORDER DENYING MOTION FOR TRANSCRIPT AT GOVERNMENT EXPENSE |
| v. | |
| N. CORREA, | (Doc. 134) |
| Defendant. | |

On February 11, 2010, Plaintiff Antonio Fahie, a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action, filed a motion seeking a copy of the trial transcript.

Following a trial by jury, judgment was entered in favor of Defendant and against Plaintiff on May 21, 2009, and Plaintiff has not filed a notice of appeal, timely or otherwise.[1] Because there is no appeal pending in which a transcript has been required by the appellate court, Plaintiff is not entitled to transcript at government expense. Fed. R. App. P. 10(b)(1)(A); 28 U.S.C. § 1915(c).

Plaintiff's motion for a transcript at government expense is HEREBY ORDERED DENIED.

IT IS SO ORDERED.

Dated: **February 17, 2010**    /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

---

[1] A notice of appeal must be filed within thirty days of entry of judgment. Fed. R. App. P. 4(a)(1)(A).

1