# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FAHIE,<br><br>                    Plaintiff,<br><br>     v.<br><br>N. CORREA,<br><br>                    Defendant.<br>_____/ | CASE NO. 1:06-cv-01132-GSA PC<br><br>ORDER DENYING MOTION FOR TRANSCRIPT AT GOVERNMENT EXPENSE<br><br>(Doc. 134) |

On February 11, 2010, Plaintiff Antonio Fahie, a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action, filed a motion seeking a copy of the trial transcript.

Following a trial by jury, judgment was entered in favor of Defendant and against Plaintiff on May 21, 2009, and Plaintiff has not filed a notice of appeal, timely or otherwise.[1]  Because there is no appeal pending in which a transcript has been required by the appellate court, Plaintiff is not entitled to transcript at government expense.  Fed. R. App. P. 10(b)(1)(A); 28 U.S.C. § 1915(c).

Plaintiff's motion for a transcript at government expense is HEREBY ORDERED DENIED.

IT IS SO ORDERED.

Dated:  February 17, 2010                         /s/ Gary S. Austin
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] A notice of appeal must be filed within thirty days of entry of judgment.  Fed. R. App. P. 4(a)(1)(A).